IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-56 JJF |
| IGAL SHARON LEVY, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on May 23, 2006, the above named Defendant entered a plea of not guilty to the charges pending against him in this Court;

WHEREAS, no motions are pending that require the Court's attention, other than Defendant's Motion For Discovery (D.I. 10);

IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Tuesday, August 15, 2006 at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and August 15, 2006, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).



July 20, 2006
DATE

UNITED STATES DISTRICT JUDGE

FILED
JUL 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE