IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-56 JJF |
| IGAL SHARON LEVY, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on August 15, 2006, the Court held a Scheduling Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **Monday, November 13, 2006 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **8:30 a.m. on Monday, November 13, 2006.**

3) Any Proposed Special Voir Dire Questions shall be filed by **Thursday, November 9, 2006.**

4) Motions in limine shall be filed no later than **Wednesday, November 8, 2006,** and Responses to said motions shall be filed no later than **Thursday, November 9, 2006.**

5) The time between August 15, 2006 and November 13, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

August 16, 2006
DATE

_[signature]_
UNITED STATES DISTRICT COURT