IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-56-JJF |
| | ) | |
| IGAL SHARON LEVY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT REQUEST FOR SPECIAL VOIR DIRE**

NOW COMES the United States of America, by and through its undersigned attorneys, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case. The defendant, through his counsel Raymond M. Radulski, joins in this request for special voir dire.

1. Are you related to, or personally acquainted with, the defendant, Igal Sharon Levy?

2. Are you related to, or personally acquainted with, Raymond Radulski, Esq., defendant's counsel?

3. Are you related to, or personally acquainted with, Assistant United States Attorneys Christopher Burke or Richard Andrews, or with any other employee of the Office of the United States Attorney for the District of Delaware?

4. Do you have any personal knowledge of this case, or have you read about it or heard it discussed, or have an opinion regarding it?

5. Do you know the following persons who may be witnesses in this case: Peter Boresky, Rebecca Spear, Moshe Benhamou, Thomas McLaughlin, Daniel Teller or Michael Armstrong?

6. This case involves charges against the defendant alleging that he committed the crimes of Wire Fraud and Credit Card Fraud, which allegedly occurred between December 2005 and April 2006. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

7. You will be hearing from witnesses who work for a credit card company. Have you ever been involved in a legal proceeding with a credit card company, or have you ever had a dispute with a credit card company that you feel might affect your ability to be fair and impartial in this case?

8. Have you, or any close relative, ever been investigated by the United States Secret Service?

9. Would the fact that the United States Secret Service is the primary investigating agency in this case interfere with your ability to be fair and impartial?

10. Have you previously served on jury for a criminal case or on a grand jury?

11. Have you, a close friend, or relative ever been arrested for anything other than a minor traffic offense?

12. Have you ever testified in a criminal case?

13. Is there any other matter that you believe should be called to the Court's attention that would have some bearing on your qualifications or ability to sit as a juror or to render a fair and impartial verdict in this matter?

                                                COLM F. CONNOLLY
                                                United States Attorney

                                      BY:_____/s/_____
                                                Christopher J. Burke
                                                Assistant United States Attorney

Dated: November 9, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-56-JJF |
| | ) | |
| IGAL SHARON LEVY, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 9th day of November, 2006, I caused to be electronically filed **Joint Request for Special Voir Dire** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF and will be electronically transmitted to the following:

Raymond M. Radulski, Esq.
1225 N. King Street
Legal Arts Building, Suite 301
Wilmington, DE 19801

                                                            /s/
                                       Christopher J. Burke
                                       Assistant United States Attorney