

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 N. Orange Street, Suite 700          (302) 573-6277
P.O. Box 2046                              FAX (302) 573-6220
Wilmington, Delaware 19899-2046

November 15, 2006

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:   **United States v. Igal Sharon Levy**
          **Criminal Action No. 06-56-JJF**

Dear Judge Farnan:

    During the trial in the above-referenced matter, the Court's Clerk requested that the Government electronically file a copy of the Verdict Form that was submitted by the parties and a copy of the Government's Exhibit List. In response to that request, the Government has attached those documents along with this letter.

                                                       Respectfully submitted,

                                                       COLM F. CONNOLLY
                                                     United States Attorney

                                   BY:_____/s/_____
                                                Christopher J. Burke
                                                Assistant United States Attorney

Enclosures

cc:   Raymond M. Radulski, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-56-JJF |
| | ) |
| IGAL SHARON LEVY, | ) |
| | ) |
| Defendant. | ) |

**VERDICT FORM**

As to Count One, charging the defendant Igal Sharon Levy with Wire Fraud, we the jury find the Defendant:

_____ Guilty                                          _____ Not Guilty.

As to Count Two, charging the defendant Igal Sharon Levy with Wire Fraud, we the jury find the Defendant:

_____ Guilty                                          _____ Not Guilty.

As to Count Three, charging the defendant Igal Sharon Levy with Credit Card Fraud, we the jury find the Defendant:

_____ Guilty                                          _____ Not Guilty.


_____          _____
Jury Foreman                                                      Juror


_____          _____
Juror                                                                      Juror


_____          _____
Juror                                                                      Juror

_____          _____
Juror                                Juror


_____          _____
Juror                                Juror


_____          _____
Juror                                Juror


_____
Dated

November 13-14, 2006
U.S. v. Igal Sharon Levy

Government Exhibit List

| Exhibit No. | Description |
|---|---|
| 1 | American Express card ■■-21019. |
| 2 | Application for American Express account number ■■-21001 ("the American Express account"), dated October 23, 2005. |
| 3 | Billing records for the American Express account. |
| 4 | Account notes regarding the American Express account. |
| 5 | PNC Bank statements for Consumer Electronics Warehouse Payroll Account, account number ■■0578. |
| 6 | Plastic mailing information regarding American Express card numbers ■■-21001 and ■■-21019. |
| 7 | SDP information regarding the American Express account. |
| 8 | Circuit City Credit/Debit Purchase/Refund Detail spreadsheet for Associate 415304, Thomas McLaughlin. |
| 9 | Circuit City transaction record for American Express card number ■■-21019. |
| 10 | Printouts from Mytaxfree.com website, dated April 26, 2006. |
| 11 | Circuit City Transaction Snapshots dated April 5, 2006, April 11, 2006, April 12, 2006 and April 14, 2006. |

November 13-14, 2006
U.S. v. Igal Sharon Levy

Government Exhibit List

| Exhibit No. | Description |
|---|---|
| 12 | Letter from E. Pope to Moshe Benhamou, dated February 16, 2006. |
| 13 | Letter from J. Carter to Moshe Benhamou, dated March 18, 2006. |
| 14 | Stipulations Regarding Defendant and Company Information |
| 15 | Stipulations Regarding Exhibits |
| 16 | Stipulations Regarding Monthly Billing Statements |
| 17 | Stipulations Regarding Cancellation of Account |
| 18 | Stipulation Regarding Interstate Commerce |
| 19 | Stipulations Regarding Wire Communications |
| 20 | Demonstrative Exhibit: Balances |
| 21 | Demonstrative Exhibit: Sharon Levy Card |