IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Criminal Action No. 06-56-JJF | |
| | ) | |
| IGAL SHARON LEVY, | ) | |
| | ) | |
| Defendant. | ) | |

*filed this 14th day of November, 2006, in open court. SPS*

**VERDICT FORM**

**REDACTED**

As to Count One, charging the defendant Igal Sharon Levy with Wire Fraud, we the jury find the Defendant:

　　✓ Guilty　　　　　　　　　　　　_____ Not Guilty.

As to Count Two, charging the defendant Igal Sharon Levy with Wire Fraud, we the jury find the Defendant:

　　✓ Guilty　　　　　　　　　　　　_____ Not Guilty.

As to Count Three, charging the defendant Igal Sharon Levy with Credit Card Fraud, we the jury find the Defendant:

　　✓ Guilty　　　　　　　　　　　　_____ Not Guilty.

_____　　　_____
Jury Foreman　　　　　　　　　　　　　Juror

_____　　　_____
Juror　　　　　　　　　　　　　　　　　Juror

_____　　　_____
Juror　　　　　　　　　　　　　　　　　Juror

_____　　　_____
Juror　　　　　　　　　　　　　　　　　Juror

_____　　　_____
Juror　　　　　　　　　　　　　　　　　Juror

11/14/06
Dated

FILED
NOV 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE