IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-56 JJF |
| IGAL SHARON LEVY, | : | |
| Defendant. | : | |

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 14 jurors in the above entitled case on October 13, 2006 and October 14, 2006.

\_November 16, 2006\_      _____
         DATE                    UNITED STATES DISTRICT JUDGE



FILED
NOV 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE