AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _Delaware_

**EXHIBIT AND WITNESS LIST**

US      v.   Levy

Case Number: 06-56

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Christopher J Burke, Esq. | Raymond M. Radulski, Esq. |
| **TRIAL DATE (S)** 11/13 – | **COURT REPORTER** Heather (Hawkins) | **COURTROOM DEPUTY** Sarah |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| GX15 | | 11/13/06 | | 11/13/06 | Stipulations re: Exs. 1-13 (binder) |
| GX14 | | 11/13/06 | | 11/13/06 | Stipulations re: defendant and company info. |
| 1 | | 11/13/06 | | | Peter Boreski |
| GX2 | | 11/13/06 | | 11/13/06 | application for AmEx account (in binder) |
| GX6 | | 11/13/06 | | 11/13/06 | mailing info re: AmEx accounts (in binder) |
| GX7 | | 11/13/06 | | 11/13/06 | SDP info. for AmEx accounts (in binder) |
| GX3 | | 11/13/06 | | 11/13/06 | billing records for AmEx acct (in binder) |
| GX21 | | 11/13/06 | | | demonstrative – activity on AmEx acct (re GX-3) |
| GX20 | | 11/13/06 | | | demonstrative – balances on " " " |
| GX16 | | 11/13/06 | | 11/13/06 | |
| 2 | | 11/13/06 | | | Rebecca Spear |
| GX4 | | 11/13/06 | | 11/13/06 | account notes – (in binder) |
| | | | | | letter dated 2/16/06 (in binder) |
| GX12 | | 11/13/06 | | 11/13/06 | ↓ ↓ ↓ ↓ |
| GX13 | | 11/13/06 | | 11/13/06 | letter dated 3/18/06 (in binder) |
| GX17 | | 11/13/06 | | 11/13/06 | stipulation re: cancellation of account |
| 3 | | 11/13/06 | | | Moshe Benhamou |
| 4 | | 11/13/06 | | | Thomas McLaughlin |
| 5 | | 11/14/06 | | | Michael Armstrong |
| GX-1 | | 11/14/06 | | 11/13/06 | credit card – Am Ex |
| GX9 | | 11/14/06 | | 11/13/06 | Circuit City transaction record (binder) |
| GX8 | | 11/14/06 | | 11/13/06 | Circuit City spreadsheet (binder) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _2_ Pages

FILED

NOV 16 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | | | |
|---|---|---|---|---|
| 6X11 | 11/14/06 | | 11/13/06 | transaction Snapshots (binder) |
| 6X18 | 11/14/06 | | 11/14/06 | stipulation re: interstate commerce |
| 6X19 | 11/14/06 | | 11/14/06 | stipulations re: wire communications |
| 6X5 | 11/14/06 | | 11/13/06 | PNC bank statements (binder) |
| DX1 | 11/14/06 | 1 | 11/14/06 | PNC bank statements |
| DX2 | 11/14/06 | 2 | 11/14/06 | " " " — March |
| 1 | 11/14/06 | | | Igal Sharon Levy |