IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-56 JJF |
| IGAL SHARON LEVY, | : | |
| Defendant. | : | |

<u>**O R D E R**</u>

WHEREAS, the Defendant having been found guilty of Counts One, Two and Three of Indictment on November 14, 2006 by a Jury Verdict;

IT IS HEREBY ORDERED that Sentencing of the Defendant will be held on **Wednesday, February 21, 2007, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

December 12, 2006
DATE

_____
UNITED STATES DISTRICT COURT



FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE