```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :
                               :
        Plaintiff,             :
                               :
        v.                     : Cr.Action No. 06-56-JJF
                               :
IGAL SHARON LEVY,              :
                               :
        Defendant.             :
```

                         NOTICE OF APPEAL

TO:  Clerk of the Court
     United States District Court
     District of Delaware
     844 N. King Street, Fourth Floor
     Wilmington, DE  19801

   PLEASE TAKE NOTICE that IGAL SHARON LEVY, Defendant Below-Appellant, does hereby appeal to the United States Court of Appeals, For The Third Circuit, from the validity of the conviction and sentence imposed by the District Court on February 20, 2007. Sentencing was entered on or about March 2, 2007, by the Honorable Joseph J. Farnan.

```
                                /s/ Raymond M. Radulski
                                RAYMOND M. RADULSKI, ESQUIRE
                                ID #332
                                Legal Arts Bldg., Suite 301
                                1225 N. King Street
                                Wilmington, DE  19801
                                (302) 658-9388
                                Attorney for Defendant
                                   IGAL SHARON LEVY
```

Dated: March 2, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.Action No. 06-56-JJF |
| IGAL SHARON LEVY, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant Igal Sharon Levy's Notice of Appeal with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Christopher Burke, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

/s/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
Igal Sharon Levy

Dated: March 2, 2007