March 7, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
844 North King Street
Lockbox 27
Wilmington, DE 19801

    RE:    **United States v. Igal Sharon Levy**
                **Crim. Action No. 06-56-JJF**

Dear Judge Farnan:

      In connection with Mr. Levy's recent sentencing, he would respectfully request that the Court recommend to the Bureau of Prisons that Mr. Levy be assigned to FCI Otisville, New York to serve his term of incarceration. Mr. Levy is interested in the religious studies program that is available at that institution.

                                                         Very truly yours,

                                                          */s/ Raymond M. Radulski*

                                                          Raymond M. Radulski

RMR:sr

cc:    AUSA Christopher Burke
        Clerk, U.S. District Court
        Igal Sharon Levy