# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

March 9, 2007

Mr. Nathan Patterson
Operations Manager
Federal Bureau of Prisons
346 Marine Force Drive
Grand Prairie, TX 75051

      RE: United States v. Igal Sharon Levy
            Criminal Action No. 06-56 JJF

Dear Mr. Patterson:

      By letter this letter, I would like to recommend that Igal Sharon Levy be assigned to Federal Correctional Institution Otisville, New York to serve his term of incarceration. Mr. Levy has expressed an interest in the religious studies program available at that institution.

Sincerely,

*[signature]*

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Christopher Burke, Esquire
     Raymond M. Radulski, Esquire
     Clerk, U.S. District Court